

SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAR 18  PM 5: 19

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PRECIOUS ALDRICH,

Defendant.

8:26CR49

INDICTMENT
18 U.S.C. § 113(a)(3)
18 U.S.C. § 1153

The Grand Jury charges that

## COUNT I

On or about June 30, 2025, in the District of Nebraska, within the exterior boundaries of the Winnebago Indian Reservation, in Indian Country, the defendant, PRECIOUS ALDRICH, an Indian Female, did assault VICTIM 1 with a dangerous weapon, to wit: a knife, with intent to do bodily harm, and without just case or excuse, in that the defendant, PRECIOUS ALDRICH, stabbed VICTIM 1 with a knife.

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL.

_____
FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

SARAH A. HINRICHS, #24335
Assistant U.S. Attorney

2